IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

STEVEN GAUGER                                                                                           PLAINTIFF

v.                                    Civil No. 3:22-cv-03032-TLB-MEF

SHERIFF JOHN MONTGOMERY;
BAXTER COUNTY DETENTION CENTER;
and UNKNOWN JAILERS                                                                           DEFENDANTS

## ORDER

The Baxter County Detention Center is a building and not a person subject to suit under 42 U.S.C. § 1983. *See e.g., Owens v. Scott Cnty. Jail*, 328 F.3d 1026, 1027 (8th Cir. 2003) (per curiam) (county jails are not legal entities amenable to suit). Therefore, the **Clerk** is directed to terminate the Baxter County Detention Center as a Defendant.

The Court, having heretofore entered an order allowing the Plaintiff to proceed *in forma pauperis* and directing the Clerk to file the complaint, hereby directs the United States Marshal to serve Sheriff John Montgomery. Sheriff Montgomery may be served at 906 Elm St., Mountain Home, AR 72653.

Sheriff Montgomery may be served by certified mail with a return receipt requested.

Sheriff Montgomery is to be served without prepayment of fees and costs or security therefor.

Sheriff Montgomery is ordered to answer within twenty-one (21) days from the date of service.

If a service recipient will not accept service for a named Defendant, the service recipient is **DIRECTED** to so advise the Court and provide the Court with each Defendant's last known

address and phone number. This information may be filed with the Clerk of the Court in response to this Order and may be filed under seal.

**When he responds to the Complaint, Sheriff Montgomery is directed to provide the names of the Jailers working on June 18, 2019, in C-Pod of the Baxter County Detention Center. Sheriff Montgomery should also provide the hours worked by each jailer. If an identified jailer no longer works at the detention center, the Court should be furnished with the last known address and phone number of each such individual. Last known addresses and phone numbers may be filed under seals.**

The Clerk is directed to prepare and issue summons and a USM 285 for Sheriff Montgomery.

IT IS SO ORDERED this 14th day of July 2022.

/s/ *Mark E. Ford*
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE